FILED

17 JAN 10 PM 3:12

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>FELIPE ALEJANDRO RUIZ,<br>　　　　Defendant. | Case No. 16-CR-1212-JLS<br><br>**ORDER RE DISCLOSURE** |

The Court has reviewed the United States' Ex Parte Submission and Application for Order Directing Non-Disclosure of Certain Information (Van Ness Email).

IT IS ORDERED that the information discussed in the redacted portion of the TECS record need not be disclosed to defendant pursuant to *Brady v. Maryland*, 373 U.S. 83, 87 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), 18 U.S.C. § 3500, or Rule 16 of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that the Ex Parte Application shall be sealed until further court order.

IT IS FURTHER ORDERED that this Order shall not be sealed, and a copy shall be provided to defendant's counsel.

DATED:   January 10, 2017

　　　　　　　　　　　　　　　HON. JANIS L. SAMMARTINO
　　　　　　　　　　　　　　　United States District Judge