# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>FELIPE ALEJANDRO RUIZ,<br><br>            Defendant. | CASE NO. 16CR1212-JLS<br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_X_    the Court has dismissed the case on motion of the defendant; or

___    the Court has granted the motion of the Government for dismissal, without prejudice; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

_X_    of the offense(s) as charged in the Indictment/Information:

    21 U.S.C. §§ 952 and 960 - IMPORTATION OF HEROIN

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 02/17/2017

                                            _Janis L. Sammartino_
                                            JANIS L. SAMMARTINO